IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HONS G. LIERMAN,** | ) | CASE NO. 8:07CV240 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| **RENTAL INVESTORS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal with Prejudice which was filed by the Defendant, Rental Investors, LLC, and to which the Defendant has no objection. The Court deems the filing to be a stipulation that satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Dismissal with Prejudice (Filing No. 15) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 2nd day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge